SAMUEL HATFIELD and Others, Respondents, v. CARL M. HANSEN and Others, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET POWELL SWOPE, Respondent, v. JAMES REYNOLDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK J. BOYME v. WILLIAM M. BARRETT, as President, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RAE ABRAMS v. CHARLES ABRAMS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS LEVY v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

O. I. M. HOLDING CORPORATION and Others v. HARVARD AUTO BODY Co., INC., Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SPRING v. JACOBS-GREEN REALTY COMPANY, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA McKENNA v. ROBERT K. MILNE. ISABELLE D. WIDDER v. ROBERT K. MILNE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HARRIS STRUCTURAL STEEL COMPANY, INC., for an Order Directing Arbitration between 37 WASHINGTON SQUARE WEST CORPORATION and Petitioner Proceed Pursuant to the Arbitration Law.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY ADELAIDE HYLAND, an Infant, etc., v. MARY E. COLFORD and Others, Impleaded with PETER B. COLFORD and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STENECK TRUST COMPANY v. EMANUEL ENDLICH and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUNTHER P. REINHARDT v. SAMUEL R. GOLDING.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.